AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

## APPEARANCE

CARSON OPTICAL, INC., v. TELEBRANDS CORPORATION and WALLET LIGHT USA, LLC,.

Case Number: 07-CV-8020(VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
TELEBRANDS CORPORATION and WALLET LIGHT USA, LLC,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/14/2007 | _(signature)_ |
| Date | Signature |
| | Tonia A. Sayour — TS-7208 |
| | Print Name — Bar Number |
| | Cooper and Dunham, LLP  1185 Avenue of the Americas |
| | Address |
| | New York — NY — 10036 |
| | City — State — Zip Code |
| | (212) 278-0513 — (212) 391-0525 |
| | Phone Number — Fax Number |