AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

CARSON OPTICAL, INC., v. TELEBRANDS CORPORATION and WALLET LIGHT USA, LLC,

Case Number: 07-CV-8020(VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TELEBRANDS CORPORATION and WALLET LIGHT USA, LLC,

I certify that I am admitted to practice in this court.

| 9/14/2007 | *Robert T. Maldonado* |
|---|---|
| Date | Signature |

| Robert T. Maldonado | RM-7873 |
|---|---|
| Print Name | Bar Number |

Cooper and Dunham, LLP  1185 Avenue of the Americas
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 278-0400 | (212) 391-0525 |
|---|---|
| Phone Number | Fax Number |