```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-17-07
```

MARRERO, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARSON OPTICAL, INC.,

        Plaintiff,

v.

TELEBRANDS CORPORATION and
WALLETLIGHT USA, LLC,

        Defendants.

CIVIL ACTION NO. 07-CV-8020-(VM)

07 CV 8020

### STIPULATION OF EXTENSION OF TIME TO ANSWER

Plaintiff Carson Optical, Inc., through its undersigned counsel, hereby stipulates and agrees that the time for defendants Telebrands Corporation and WalletLight USA, LLC to serve an Answer or to otherwise move in response to the Complaint, is hereby extended, from September 10, 2007 until two days after the Clerk of the Southern District of New York opens a docket for the above-referenced case, transferred from the District of Connecticut (3:06-cv-00821 (CFD).

Dated: September 7, 2007

CARMODY & TORRANCE

_/s/_____
John R. Horvack, Jr. (JH-8991)
Fatima Lahnin (FL-0701)
50 Leavenworth Street
Waterbury, Connecticut 06702
Tel: (203) 573-1200
Fax: (203) 575-2600

Attorneys for Plaintiff
Carson Optical, Inc.

COOPER & DUNHAM LLP

_/s/ Tonia A. Sayour_____
Peter D. Murray (PM-6912)
William E. Felton (WP-1850)
Tonia A. Sayour (TS-7208)
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 278-0400
Fax: (212) 391-0525

Attorneys for Defendants
Telebrands Corporation and Walletlight USA, LLC

IT IS SO ORDERED, this 17th day of September 2007.

_____
U.S.D.J.   Victor Marrero

{W1345018}

1