AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

## APPEARANCE

CARSON OPTICAL, INC., v. TELEBRANDS CORPORATION and WALLET LIGHT USA, LLC,

Case Number: 07-CV-8020(VM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
TELEBRANDS CORPORATION and WALLET LIGHT USA, LLC,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/14/2007 | *William E Pelton* (signature) |
| Date | Signature |
| | William E. Pelton — WP-1850 |
| | Print Name / Bar Number |
| | Cooper and Dunham, LLP  1185 Avenue of the Americas |
| | Address |
| | New York, NY 10036 |
| | City / State / Zip Code |
| | (212) 278-0513 / (212) 391-0525 |
| | Phone Number / Fax Number |