*Marrero, J*

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9-25-07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARSON OPTICAL, INC., )
                Plaintiff, ) CIVIL ACTION NO.
                 ) 07-cv-08020 (VM)
v. )
 )
TELEBRANDS CORPORATION and )
WALLET LIGHT USA, LLC, )
 )
                Defendants. )

---

**STIPULATION REGARDING TRANSFER OF CASE TO WHITE PLAINS**

Plaintiff Carson Optical, Inc. and Defendants Telebrands Corporation and Wallet Light USA, LLC, through their undersigned counsel, hereby stipulate and agree that the above-captioned case shall be transferred to the White Plains division of the Southern District of New York.

Dated: September 24, 2007

| CARMODY & TORRANCE LLP | COOPER & DUNHAM LLP |
|---|---|
| *[signature]* | *[signature]* |
| John R. Horvack, Jr. (JH-8991) | Peter D. Murray (PM-6912) |
| Fatima Lahnin (FL-0701) | William E. Pelton (WP-1850) |
| 50 Leavenworth Street | Tonia A. Sayour (TS-7208) |
| Waterbury, Connecticut 06702 | 1185 Avenue of the Americas |
| Tel: (203) 573-1200 | New York, New York 10036 |
| Fax: (203) 575-2600 | Tel: (212) 278-0400 |
|  | Fax: (212) 391-0525 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Carson Optical, Inc. | Telebrands Corporation and Wallet Light USA, LLC |

IT IS SO ORDERED, this 25th day of September 2007. *The Clerk of Court is directed to transfer this case to White Plains.*

_____
U.S.D.J.  Victor Marrero

1