**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARSON OPTICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TELEBRANDS CORPORATION and )<br>WALLET LIGHT USA, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>07-cv-08020 (SCR-MDF) |

To the Clerk of this Court and all parties of record:

### APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS TELEBRANDS CORP. AND WALLET LIGHT USA, LLC

Elizabeth T. Timkovich, an attorney of record for defendants Telebrands Corp. and Wallet Light USA, LLC, respectfully applies for leave to withdraw from this case pursuant to Local Civil Rule 1.4 and for an Order granting such leave.

The undersigned had been acting as local counsel for defendants when the case was pending in the District of Connecticut and now seeks to withdraw as attorney of record because the case has been transferred to this Court and attorneys from Cooper & Dunham LLP, who have already filed appearances, will continue to serve as counsel of record for defendants.

This case is currently in its initial stages. Plaintiff's reply to defendants' counterclaims is due on October 5, 2007, after which the parties anticipate revising the Rule 26(f) report that was submitted when the case was pending in the District of Connecticut.

While this action was being transferred to this Court, the undersigned relocated from Axinn, Veltrop & Harkrider LLP to Hunton & Williams LLP.

Respectfully submitted,

Dated: October 4, 2007

By: /s/Elizabeth T. Timkovich
Elizabeth T. Timkovich (ET 3906)
HUNTON & WILLIAMS LLP
Bank of America Plaza
Suite 3500
101 South Tryon Street
Charlotte, NC 28280
Tel.: (704) 378-4700
Fax: (704) 378-4890
E-mail: etimkovich@hunton.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, a copy of the foregoing Application for Leave to Withdraw was filed electronically using the CM/ECF system. Notice of this filing will be sent to the following counsel of record for the interested parties by operation of the Court's electronic filing system and by first class mail as follows:

> John R. Horvack, Jr.
> Fatima Lahnin
> Carmody & Torrance
> 50 Leavenworth Street
> Waterbury, Connecticut  06702
> jhorvack@carmodylaw.com
> flahnin@carmodylaw.com
>
> Attorneys for Plaintiff
> Carson Optical, Inc.
>
>            By: /s/ Elizabeth T. Timkovich
>                Elizabeth T. Timkovich

212787