UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CARSON OPTICAL, INC., | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 07-cv-08020 (SCR-MDF) |
| | ) | |
| v. | ) | |
| | ) | |
| TELEBRANDS CORPORATION and | ) | |
| WALLET LIGHT USA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED ORDER]

The application of Elizabeth T. Timkovich for leave to withdraw as counsel of record for defendants Telebrands Corp. and Wallet Light USA, LLC is hereby granted.

It is hereby ORDERED that Elizabeth T. Timkovich is hereby relieved from all obligations associated with the representation of defendants Telebrands Corp. and Wallet Light USA, LLC in the above case.

SO ORDERED

Dated:

Hon. Stephen C. Robinson
U.S.D.J.