**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CARSON OPTICAL, INC. | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 7:07-CV-08020 (SCR) |
| v. | ) | |
| | ) | |
| TELEBRANDS CORP., and | ) | |
| WALLET LIGHT USA, LLC | ) | |
| | ) | OCTOBER 5, 2007 |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF PLAINTIFF, CARSON OPTICAL, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff, CARSON

OPTICAL, INC., submits the following corporate disclosure statement:

The nongovernmental corporate party, Carson Optical, Inc., in the above

entitled action does not have any parent corporation or publicly held corporation that

owns 10% or more of its stock.

{W1554082}

Respectfully submitted,

CARMODY & TORRANCE

Dated: October 5, 2007                    By:_____/s/ Fatima Lahnin_____
                                              John R. Horvack, Jr. (JH-8991)
                                              Fatima Lahnin (FL-0701)
                                              50 Leavenworth Street
                                              Waterbury, Connecticut  06702
                                              Tel: (203) 573-1200
                                              Fax: (203) 575-2600
                                              E-mail: jhorvack@carmodylaw.com
                                                      flahnin@carmodylaw.com


                                              Attorneys for Plaintiff
                                              Carson Optical, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 5, 2007, a copy of the foregoing document **CORPORATE DISCLOSURE STATEMENT** was filed electronically using the CM/ECF system. Notice of this filing will be sent to the following counsel of record for the interested parties by operation of the Court's electronic filing system and by first class mail as follows:

Peter D. Murray
William E. Pelton
Robert T. Maldonado
Tonia A. Sayour
Cooper & Dunham LLP
1185 Avenue of the Americas
New York, NY 10036
pdmurray@cooperdunham.com
wpelton@cooperdunham.com
rmaldonado@cooperdunham.com
tsayour@cooperdunham.com

Attorneys for Defendants
Telebrands Corporation and Wallet
Light USA, LLC

_____/s/ Fatima Lahnin_____
Fatima Lahnin