UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON OPTICAL, INC., ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 07-cv-08020 (SCR-MDF) |
| ) | |
| v. ) | |
| ) | |
| TELEBRANDS CORPORATION and ) | |
| WALLET LIGHT USA, LLC, ) | |
| ) | |
| Defendants. ) | |

To the Clerk of this Court and all parties of record:

### APPLICATION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS TELEBRANDS CORP. AND WALLET LIGHT USA, LLC

Richard S. Order, an attorney of record for defendants Telebrands Corp. and Wallet Light USA, LLC, respectfully applies for leave to withdraw from this case pursuant to Local Civil Rule 1.4 and for an Order granting such leave.

The undersigned had been acting as local counsel for defendants when the case was pending in the District of Connecticut and now seeks to withdraw as attorney of record because the case has been transferred to this Court and attorneys from Cooper & Dunham LLP, who have already filed appearances, will continue to serve as counsel of record for defendants.

This case is currently in its initial stages. Plaintiff's reply to defendants' counterclaims is due on October 5, 2007, after which the parties anticipate revising the Rule 26(f) report that was submitted when the case was pending in the District of Connecticut.

SO ORDERED

*signature*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
10/9/07

                                                     Respectfully submitted,

                                                   AXINN, VELTROP &
                                                   HARKRIDER LLP

Dated: October 4, 2007               By: /s/Richard S. Order
                                                   Richard S. Order
                                                   90 State House Square
                                                 Hartford, CT 06103-3702
                                                 (860) 275-8100
                                                 (860) 275-8101 (fax)