## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON OPTICAL, INC. ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 7:07-CV-08020 (SCR) |
| v. ) | |
| ) | |
| TELEBRANDS CORP., and ) | |
| WALLET LIGHT USA, LLC ) | |
| ) | NOVEMBER 15, 2007 |
| Defendants. ) | |

## CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to rules 26(f) and 16 of the Federal Rules of Civil Procedure. **(Note: all proposed dates should be for weekdays only)**

The case **is** to be tried to a jury, as Defendants have requested a jury in their pleading.

Joinder of additional parties must be accomplished by **[The parties do not contemplate joining additional parties to this action.]**

Amended pleadings may be filed with **[The parties do not expect to amend their pleadings.]**

**Discovery:**

1.  Initial Interrogatories are to be served by all counsel no later than **2/4/08**, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 shall not apply to this case.

{W1568359}



7.      All discovery is to be complete by **8/31/08**.

Initial Case Management Conference **March 14th, 2008 @ 10:00 a.m.. (To be Completed By Court) (Counsel in receipt of this scheduling order is to notify their adversary of the date and time of this Initial Case Management Conference.)**

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designed to the Hon. _____, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

White Plains, New York                     SO ORDERED

Dated: _December 3, 2007_

_Stephen C. Robinson_
Stephen C. Robinson U.S.D.J.