# EXHIBIT C

# *The* American Heritage® Dictionary *of the English Language*

FOURTH EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
p. cm.
ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1 (hardcover with CD ROM)
1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
00-025369

Manufactured in the United States of America

[Middle English, sharing a meal, from Medieval Latin *commēnsālis* : Latin *com-*, com- + Latin *mēnsa,* table.] —**com•men′sal•ly** *adv.*

**com•men•sal•ism** (kə-mĕn′sə-lĭz′əm) *n.* A symbiotic relationship between two organisms of different species in which one derives some benefit while the other is unaffected.

**com•men•su•ra•ble** (kə-mĕn′sər-ə-bəl, -shər-) *adj.* **1.** Measurable by a common standard. **2.** Commensurate; proportionate. **3.** *Mathematics* Exactly divisible by the same unit an integral number of times. Used of two quantities. [Late Latin *commēnsūrābilis* : Latin *com-*, com- + *mēnsūrābilis,* measurable (from *mēnsūrāre,* to measure; see COMMENSURATE).] —**com•men′su•ra•bil′i•ty** *n.* —**com•men′su•ra•bly** *adv.*

**com•men•su•rate** (kə-mĕn′sər-ĭt, -shər-) *adj.* **1.** Of the same size, extent, or duration as another. **2.** Corresponding in size or degree; proportionate: *a salary commensurate with my performance.* **3.** Measurable by a common standard; commensurable. [Late Latin *commēnsūrātus* : Latin *com-*, com- + *mēnsūrātus* (from past participle of *mēnsūrāre,* to measure, from Latin *mēnsūra,* measure; see MEASURE).] —**com•men′su•rate•ly** *adv.* —**com•men′su•ra′tion** *n.*

**com•ment** (kŏm′ĕnt) *n.* **1a.** A written note intended as an explanation, illustration, or criticism of a passage in a book or other writing; an annotation. **b.** A series of annotations or explanations. **2a.** A statement of fact or opinion, especially a remark that expresses a personal reaction or attitude. **b.** An implied conclusion or judgment: *a novel that is a comment on contemporary lawlessness.* **3.** Talk; gossip: *a divorce that caused much comment.* **4.** *Computer Science* A string of text in a program that does not function in the program itself but is used by the programmer to explain instructions. **5.** *Linguistics* The part of a sentence that provides new information about the topic. Also called *rheme.* ❖ *v.* **-ment•ed, -ment•ing, -ments** —*intr.* **1.** To make a comment; remark. **2.** To serve as a judgmental commentary: *"Her demise comments on* [the Upper East Side's] *entire way of life"* (Mark Muro). —*tr.* To make comments on; annotate. [Middle English, from Late Latin *commentum,* interpretation, from Latin, contrivance, from neuter past participle of *comminīscī,* to devise. See **men-**[1] in Appendix I.]

---

***Synonyms*** *comment, observation, remark* These nouns denote an expression of fact, opinion, or explanation: *made an unpleasant comment about my friend; a casual observation about the movie; an offensive personal remark.*

---

**com•men•tar•y** (kŏm′ən-tĕr′ē) *n., pl.* **-ies 1.** A series of explanations or interpretations. **2.** An expository treatise or series of annotations; an exegesis. Often used in the plural. **3.** An apt explanation or illustration: *a scandal that is a sad commentary on national politics.* **4.** A personal narrative; a memoir. Often used in the plural. —**com′men•tar′i•al** (-târ′ē-əl) *adj.*

**com•men•tate** (kŏm′ən-tāt′) *v.* **-tat•ed, -tat•ing, -tates** —*intr.* To serve as commentator. —*tr.* To make a running commentary on. [Back-formation from COMMENTATOR.]

**com•men•ta•tor** (kŏm′ən-tā′tər) *n.* **1.** A broadcaster or writer who reports and analyzes events in the news. **2.** One who writes or delivers a commentary or commentaries.

**com•merce** (kŏm′ərs) *n.* **1.** The buying and selling of goods, especially on a large scale, as between cities or nations. See synonyms at **business. 2.** Intellectual exchange or social interaction. **3.** Sexual intercourse. [French, from Old French, from Latin *commercium* : *com-*, com- + *merx, merc-*, merchandise.]

**com•mer•cial** (kə-mûr′shəl) *adj.* **1a.** Of or relating to commerce: *a commercial loan; a commercial attaché.* **b.** Engaged in commerce: *a commercial trucker.* **c.** Involved in work that is intended for the mass market: *a commercial artist.* **2.** Of, relating to, or being goods, often unrefined, produced and distributed in large quantities for use by industry. **3.** Having profit as a chief aim: *a commercial book, not a scholarly tome.* **4.** Sponsored by an advertiser or supported by advertising: *commercial television.* ❖ *n.* A paid advertisement on television or radio. —**com•mer′cial•ly** *adv.*

**commercial bank** *n.* A bank whose principal functions are to receive demand deposits and to make short-term loans.

**com•mer•cial•ism** (kə-mûr′shə-lĭz′əm) *n.* **1.** The practices, methods, aims, and spirit of commerce or business. **2.** An attitude that emphasizes tangible profit or success. —**com•mer′cial•ist** *n.* —**com•mer′cial•is′tic** *adj.*

**com•mer•cial•ize** (kə-mûr′shə-līz′) *tr.v.* **-ized, -iz•ing, -iz•es 1.** To apply methods of business to for profit. **2a.** To do, exploit, or make chiefly for financial gain. **b.** To sacrifice the quality of for profit. —**com•mer′cial•i•za′tion** (-shə-lĭ-zā′shən) *n.*

**commercial paper** *n.* Short-term, unsecured, discounted, and negotiable notes sold by one company to another in order to satisfy immediate cash needs.

**commercial traveler** *n.* A traveling sales representative.

**com•mie** also **Com•mie** (kŏm′ē) *n. Informal* A Communist. [Short for COMMUNIST.]

**com•mi•na•tion** (kŏm′ə-nā′shən) *n.* A formal denunciation. [Middle English *comminacioun,* from Latin *comminātiō, comminātiōn-*, from *comminātus,* past participle of *comminārī,* to threaten : *com-*, intensive pref.; see COM- + *minārī,* to threaten; see MENACE.] —**com•min′a•to′ry** (kə-mĭn′ə-tôr′ē, -tōr′ē, kŏm′ĭ-nə-) *adj.*

**Com•mines** (kô-mēn′) **Philippe de** See Philippe de Comines.

**-nutes** To reduce to powder; pulverize. [Latin *comminuere, comminūt-* : *com-*, intensive pref.; see COM- + *minuere,* to lessen; see **mei-**[2] in Appendix I.] —**com′mi•nu′tion** *n.*

**com•mis•er•ate** (kə-mĭz′ə-rāt′) *v.* **-at•ed, -at•ing, -ates** —*tr.* To feel or express sorrow or pity for; sympathize with. —*intr.* To feel or express sympathy: *commiserated over their failure.* [Latin *commiserārī, commiserāt-* : *com-*, com- + *miserārī,* to pity (from *miser,* wretched).] —**com•mis′er•a′tive** *adj.* —**com•mis′er•a′tive•ly** *adv.* —**com•mis′er•a′tor** *n.*

**com•mis•er•a•tion** (kə-mĭz′ə-rā′shən) *n.* The feeling or expression of pity or sorrow. See synonyms at **pity.**

**com•mis•sar** (kŏm′ĭ-sär′) *n.* **1a.** An official of the Communist Party in charge of political indoctrination and the enforcement of party loyalty. **b.** The head of a commissariat in the Soviet Union until 1946. **2.** A person who tries to control public opinion. [Russian *komissar,* from German *Kommissar,* deputy, from Medieval Latin *commissārius,* agent. See COMMISSARY.]

**com•mis•sar•i•at** (kŏm′ĭ-sâr′ē-ĭt) *n.* **1.** A department of an army in charge of providing food and other supplies for the troops. **2.** A food supply. **3.** A major government department in the Soviet Union until 1946. [French, from Medieval Latin *commissārius,* agent; see COMMISSARY. Sense 3, from Russian *komissariat,* from French *commissariat.*]

**com•mis•sar•y** (kŏm′ĭ-sĕr′ē) *n., pl.* **-ies 1a.** A supermarket for military personnel and their dependents, usually located on a military installation. **b.** A store where food and equipment are sold, as in a mining camp. **2.** A lunchroom or cafeteria, especially one in a film or television studio. **3.** A person to whom a special duty is given by a higher authority; a deputy. [Middle English *commissarie,* agent, from Medieval Latin *commissārius,* from Latin *commissus,* entrusted. See COMMISSION.]

**com•mis•sion** (kə-mĭsh′ən) *n.* **1a.** The act of granting certain powers or the authority to carry out a particular task or duty. **b.** The authority so granted. **c.** The matter or task so authorized: *Investigation of fraud was their commission.* **d.** A document conferring such authorization. **2a.** A group of people officially authorized to perform certain duties or functions: *The Federal Trade Commission investigates false advertising.* **b.** often **Commission** A ruling council within the Mafia that adjudicates family disputes and regulates family activities. **3.** The act of committing or perpetrating: *the commission of a crime.* **4.** A fee or percentage allowed to a sales representative or an agent for services rendered: *received a hefty commission for brokering the deal.* **5a.** An official document issued by a government, conferring on the recipient the rank of a commissioned officer in the armed forces. **b.** The rank and powers so conferred. ❖ *tr.v.* **-sioned, -sion•ing, -sions 1.** To grant a commission to. See synonyms at **authorize. 2.** To place an order for: *commissioned a new symphony for the festival.* **3.** To put (a ship) into active service. ***—idioms:*** **in commission 1.** In active service. Used of a ship. **2.** In use or in usable condition. **on commission** With a sales commission serving as full or partial recompense for the work done: *sells boats on commission.* **out of commission 1.** Not in active service. Used of a ship. **2.** Not in use or working condition. [Middle English *commissioun,* from Latin *commissiō, commissiōn-*, from *commissus,* past participle of *committere,* to entrust. See COMMIT.] —**com•mis′sion•a•ble** *adj.* —**com•mis′sion•al** *adj.*

**com•mis•sion•aire** (kə-mĭsh′ə-nâr′) *n. Chiefly British* A uniformed attendant, such as a doorman. [French, from Medieval Latin *commissiōnārius,* from Latin *commissiō, commissiōn-*, commission. See COMMISSION.]

**com•mis•sioned officer** (kə-mĭsh′ənd) *n.* An officer who holds a commission and ranks as a second lieutenant or above in the U.S. Army, Air Force, or Marine Corps, or as an ensign or above in the U.S. Navy or Coast Guard.

**com•mis•sion•er** (kə-mĭsh′ə-nər) *n. Abbr.* **Com.** or **Comr. 1.** A member of a commission. **2.** A person authorized by a commission to perform certain duties. **3.** A governmental official in charge of a department: *a police commissioner.* **4.** *Sports* An official selected by an athletic association or league to exercise administrative or regulatory powers over it: *a baseball commissioner.* —**com•mis′sion•er•ship′** *n.*

**commission merchant** *n.* One that buys and sells goods for others on a commission basis.

**commission plan** *n.* Municipal government in which legislative and administrative functions and powers are vested in an elected commission rather than in a mayor and city council.

**com•mis•sure** (kŏm′ə-shŏŏr′) *n.* **1.** A line or place at which two things are joined. **2.** *Anatomy* **a.** A tract of nerve fibers passing from one side to the other of the spinal cord or brain. **b.** The point or surface where two parts, such as the eyelids, lips, or cardiac valves, join or form a connection. **3.** *Botany* The surface or place along which two structures, such as carpels, are joined. [Middle English, from Latin *commissūra,* from *commissus,* past participle of *committere,* to join. See COMMIT.] —**com′mis•su′ral** *adj.*

**com•mis•sur•ot•o•my** (kŏm′ə-shŏŏ-rŏt′ə-mē) *n., pl.* **-mies** Surgical incision of a commissure in the body, as one made in the heart to relieve constriction of the mitral valve or one made in the brain to treat certain psychiatric disorders. [COMMISSUR(E) + -TOMY.]

**com•mit** (kə-mĭt′) *v.* **-mit•ted, -mit•ting, -mits** —*tr.* **1.** To do, perform, or perpetrate: *commit a murder.* **2.** To put in trust or charge; entrust: *commit oneself to the care of a doctor; commit responsibilities to an assistant.* **3.** To place officially in confinement or custody, as in a

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

**Stress marks:** **′** (primary); ′ (secondary), as in