# EXHIBIT D

# The American Heritage® Dictionary
## of the English Language

FOURTH EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.   cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                                            00-025369

Manufactured in the United States of America

number 60 in a series. **2.** One of 60 equal parts. —**six′ti•eth** adv. & adj.
**Six•tine** (sĭk′stēn′, -stĭn′) adj. Variant of **Sistine**.
**six•ty** (sĭks′tē) n., pl. **-ties** **1.** The cardinal number equal to 6 × 10. **2. sixties a.** A decade or the numbers from 60 to 69: *They planned to retire in their sixties. The breeze kept the temperature in the sixties.* **b.** often **Sixties** The decade from 60 to 69 in a century. [Middle English, from Old English *sixtig*. See **s(w)eks** in Appendix I.] —**six′ty** adj. & pron.
**six•ty-fourth note** (sĭks′tē-fôrth′, -fōrth′) n. *Music* A note having one sixty-fourth the time value of a whole note.
**six•ty-nine** (sĭks′tē-nīn′) n. *Vulgar Slang* Oral-genital sex between two people at the same time. [From the resemblance of the figure 69 to the position assumed by the two people.]
**siz•a•ble** also **size•a•ble** (sī′zə-bəl) adj. Of considerable size; fairly large. —**siz′a•ble•ness** n. —**siz′a•bly** adv.
**size**[1] (sīz) n. **1.** The physical dimensions, proportions, magnitude, or extent of an object. **2.** Any of a series of graduated categories of dimension whereby manufactured articles, such as shoes and clothing, are classified. **3a.** Considerable extent, amount, or dimensions: *a debt of enormous size.* **b.** Relative amount or number, as of population or contents: *What size is Cleveland?* **4.** Character, value, or status with reference to relative importance or the capacity to meet given requirements: *Try this proposal on for size.* **5.** The actual state of affairs: *That's about the size of the situation.* ❖ *tr.v.* **sized, siz•ing, siz•es 1.** To arrange, classify, or distribute according to size. **2.** To make, cut, or shape to a required size. ❖ *adj.* Sized. Often used in combination: *bite-size appetizers; an economy-size package.* —**phrasal verb: size up** To make an estimate, opinion, or judgment of: *She sized up her opponent.* [Middle English *sise*, from Old French, court session, law, short for *assise*. See ASSIZE.] —**siz′er** n.
**size**[2] (sīz) n. Any of several gelatinous or glutinous substances usually made from glue, wax, or clay and used as a glaze or filler for porous materials such as paper, cloth, or wall surfaces. ❖ *tr.v.* **sized, siz•ing, siz•es** To treat or coat with size or a similar substance. [Middle English *sise*, probably from Old French, a setting. See SIZE[1].]
**size•a•ble** (sī′zə-bəl) adj. Variant of **sizable**.
**sized** (sīzd) adj. Having a particular or specified size. Often used in combination: *a medium-sized car; an average-sized house.*
**siz•ing** (sī′zĭng) n. **1.** A glaze or filler; size. **2.** Treatment of a fabric or other surface with size.
**siz•zle** (sĭz′əl) *intr.v.* **-zled, -zling, -zles 1.** To make the hissing sound characteristic of frying fat. **2.** To seethe with anger or indignation. **3.** To be very hot: *a summer day that sizzled.* ❖ *n.* A hissing sound. [Perhaps frequentative of Middle English *sissen*, to hiss, of imitative origin.] —**siz′zling•ly** adv.
**siz•zler** (sĭz′lər) n. **1.** One that sizzles. **2.** *Informal* A very hot day.
**SJ** abbr. Society of Jesus
**.sj** abbr. Svalbard and Jan Mayen Island (in Internet addresses)
**Sjael•land** (shĕl′än′) also **Zea•land** (zē′lənd) An island of eastern Denmark bounded by the Kattegat and the Baltic Sea. Separated from Sweden by the Oresund, it is the largest island of Denmark and the site of Copenhagen, the country's capital.
**sjam•bok** (shăm-bŏk′, -bŭk′) *South African* n. A heavy whip, usually made of animal hide. ❖ *tr.v.* **-boked, -bok•ing, -boks** To hit or beat with a sjambok. [Afrikaans, from Malay *cambuk*, whip, from Hindi *cābuk*, from Persian *chābuk*, from Middle Persian.]
**SJD** abbr. Latin *Scientiae Juridicae Doctor* (Doctor of Juridical Science)
**Sjö•gren's syndrome** (shō′grənz, shoe′-) n. A chronic inflammation of the lachrymal and salivary glands, often accompanied by rheumatoid arthritis and the presence of autoantibodies in the blood, occurring chiefly among women. [After Henrik Samuel Conrad *Sjögren* (born 1899), Swedish ophthalmologist.]
**SK** abbr. Saskatchewan
**sk.** abbr. sack
**.sk** abbr. Slovakia (in Internet addresses)
**ska** (skä) n. Popular music originating in Jamaica in the 1960s, having elements of rhythm and blues, jazz, and calypso and marked by a fast tempo and a strongly accented offbeat. [From the phrase *(Love) Ska(voovie)*, greeting used by Jamaican bassist Cluet Johnson, one of the early creators of ska, or imitative of the sound of a guitar in tandem with a rim click on a snare drum.]
**skag** (skăg) n. *Slang* Variant of **scag**.
**Skag•er•rak** also **Skag•er•ak** (skăg′ə-răk′, skä′gə-räk′) A broad strait between southeast Norway and northwest Denmark linking the North Sea and the Kattegat.
**Skag•it** (skăj′ĭt) A river, about 241 km (150 mi) long, of southwest British Columbia, Canada, and northwest Washington flowing into **Skagit Bay**, an inlet of Puget Sound.
**Skag•way** (skăg′wā′) A town of southeast Alaska at the head of the Lynn Canal north-northwest of Juneau. It was a boom town and the gateway to the Klondike during the Alaskan gold rush (1897–1898). Population: 692.
**skald** also **scald** (skôld, skäld) n. A medieval Scandinavian poet, especially one writing in the Viking age. [Old Norse *skáld*. See **sekʷ-**[3] in Appendix I.] —**skald′ic** adj.
**Skan•e•at•e•les Lake** (skăn′ē-ăt′ləs, skĭn′-) A lake of central New York. It is one of the Finger Lakes.
**skank** (skăngk) n. **1.** A rhythmic dance performed to reggae or ska music, characterized by bending forward, raising the knees, and extending the hands. **2.** Disgusting or vulgar matter: filth. **3.** One who is di-

**skat** (skăt) n. **1.** A card game for three persons that is played with 32 cards, sevens through aces. **2.** One of the combinations of cards occurring in this game. [German, from Italian *scarto*, a discarded card, from *scartare*, to reject : s-, out; see SFUMATO + *carta*, card (from Latin *charta*, paper made of papyrus; see CARD[1].)]
**skate**[1] (skāt) n. **1.** An ice skate. **2.** A roller skate. **3.** A skateboard. **4.** The act or a period of skating or skateboarding. ❖ *intr.v.* **skat•ed, skat•ing, skates 1.** To glide or move along on or as if on skates. **2.** To ride or perform stunts on a skateboard. **3.** *Informal* To act in an irresponsible or superficial manner. [From Dutch *schaats*, stilt, skate (taken as pl.), from Middle Dutch *schaetse*, from Old North French *escache*, stilt, perhaps of Germanic origin.]
**skate**[2] (skāt) n. Any of various rays of the genus *Raja*, having a flattened body and greatly expanded pectoral fins that extend around the head. [Middle English *scate*, from Old Norse *skata*.]
**skate**[3] (skāt) n. **1.** A fellow; a person. **2.** A decrepit horse; a nag. [Perhaps alteration of dialectal *skite*, contemptible person. See BLATHERSKITE.]
**skate•board** (skāt′bôrd′, -bōrd′) n. A short narrow board having a set of four wheels mounted under it, ridden in a standing or crouching position and often used to perform stunts ❖ *intr.v.* **-board•ed, -board•ing, -boards** To ride or perform stunts on a skateboard. —**skate′board′er** n.
**skat•er** (skā′tər) n. **1.** One who skates, as on ice. **2.** One who skateboards. **3.** See **water strider**.
**skate ski** n. A short lightweight snow ski designed to be used with a rapid skating motion on level ground. —**skate′-ski′** (skāt′skē′) v.
**skat•ole** (skăt′ōl, -ôl) also **skat•ol** (-ōl, -ôl, -ŏl) n. A white crystalline organic compound, $C_9H_9N$, having a strong fecal odor, found naturally in feces, beets, and coal tar and used as a fixative in the manufacture of perfume. [Greek *skōr*, *skat-*, dung; see **sker-**[3] in Appendix I + –OLE.]
**Skaw** (skô) A cape on the northern extremity of Jutland, Denmark, extending into the Skagerrak and the Kattegat.
**skean** (skēn) n. A double-edged dagger formerly used in Ireland and Scotland. [Middle English *skene*, from Irish Gaelic *scian*, from Old Irish *scían*. See **skei-** in Appendix I.]
**Skeat** (skēt), **Walter William** 1835–1912. English philologist who wrote *An Etymological Dictionary of the English Language* (1879–1882) and began the systematic study of English place names.
**ske•dad•dle** (skĭ-dăd′l) *intr.v.* **-dled, -dling, -dles** *Informal* To leave hastily; flee. [Origin unknown.]
**Skee•na** (skē′nə) A river rising in western British Columbia, Canada, and flowing about 579 km (360 mi) generally south and west to the Pacific Ocean near Prince Rupert.
**skeet** (skēt) n. A form of trapshooting in which clay targets are thrown from traps to simulate birds in flight and are shot at from different stations. [Alteration of SHOOT.]
♦ **skee•ter** (skē′tər) n. *Chiefly Southern U.S.* See **mosquito**. See Regional Note at **possum**. [Shortening and alteration of MOSQUITO.]
♦ **skeeter hawk** n. *South Atlantic U.S.* See **dragonfly**. See Regional Note at **dragonfly**.
**skeg** (skĕg) n. **1.** A timber that connects the keel and sternpost of a ship. **2.** An arm extending to the rear of the keel to support the rudder and protect the propeller. **3.** A series of timbers attached to the stern of a small boat, serving as a keel to keep the boat on course. [Dutch *scheg*, perhaps from Old Norse *skegg*, beard, beak of a ship.]
**skein** (skān) n. **1a.** A length of thread or yarn wound in a loose long coil. **b.** Something suggesting the coil of a skein; a complex tangle: *a twisted skein of lies.* **2.** A flock of geese or similar birds in flight. See Synonyms at **flock**[1]. [Middle English *skeine*, from Old French *escaigne*.]
**skel•e•tal** (skĕl′ĭ-tl) adj. **1.** Of, relating to, forming, or of the nature of a skeleton. **2.** Attached to or formed by a skeleton. —**skel′e•tal•ly** adv.
**skeletal muscle** n. A usually voluntary muscle made up of elongated, multinucleated, transversely striated muscle fibers, having principally bony attachments. Also called *striated muscle*.
**skeletal system** n. The bodily system that consists of the bones, their associated cartilages, and the joints, and supports and protects the body, produces blood cells, and stores minerals.
**skel•e•ton** (skĕl′ĭ-tn) n. **1a.** The internal structure composed of bone and cartilage that protects and supports the soft organs, tissues, and other parts of a vertebrate organism; endoskeleton. **b.** The hard external supporting and protecting structure in many invertebrates, such as mollusks and crustaceans, and certain vertebrates, such as turtles; exoskeleton. **2.** A supporting structure or framework, as of a building. **3.** An outline or sketch. **4.** Something reduced to its basic or minimal parts. **5.** One that is very thin or emaciated. ❖ *adj.* **1.** Of, relating to, or resembling a skeleton. **2.** Reduced to the basic or minimal parts or members: *a skeleton crew.* —**idiom: skeleton in (one's) closet** A source of shame or disgrace, as in a family, that is kept secret. [Greek *skeleton* (*sōma*), dried-up (body), neuter of *skeletos*, from *skellesthai*, to dry up.]
**skel•e•ton•ize** (skĕl′ĭ-tn-īz′) *tr.v.* **-ized, -iz•ing, -iz•es 1.** To reduce to skeleton form: *"Carnivorous beetles . . . can skeletonize a bat within hours"* (Scientific American). **2.** To outline or sketch briefly. **3.** To reduce in size or number: *skeletonized the hospital staff to cut costs.*
**skeleton key** n. A key with a large portion of the bit filed away so that it can open different locks. Also called *passkey*.
**skell** (skĕl) n. *Slang* A homeless person who lives as a derelict. [Origin



**skate**[2]
longnose skate
*Raja rhina*



**skateboard**
skateboarding on a ramp

skeleton

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)