# EXHIBIT E

Case 7:07-cv-08020-SCR   Document 21-6   Filed 04/28/2008   Page 2 of 4

# The American Heritage® Dictionary
## *of the English Language*

FOURTH EDITION

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.   cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                          00-025369

Manufactured in the United States of America

Case 7:07-cv-08620-SCR   Document 21-4   Filed 06/27/2008   Page 4 of 4

**carbon paper** *n.* A lightweight paper coated on one side with a dark waxy pigment, placed between two sheets of blank paper so that the bottom sheet will receive a copy of what is typed or written on the top sheet.

**carbon process** *n.* A photographic printing process using permanent pigments, such as carbon, contained in a sensitized tissue or film of gelatin.

**carbon star** *n.* Any of a class of stars with high carbon-to-hydrogen ratios and primarily low temperatures.

**carbon tetrachloride** *n.* A poisonous, nonflammable, colorless liquid, $CCl_4$, used in fire extinguishers and as a dry-cleaning fluid.

**car•bon•yl** (kär′bə-nĭl′) *n.* **1.** The bivalent radical CO. Also called *carbonyl group.* **2.** A metal compound, such as $Ni(CO)_4$, containing the CO group. —**car′bon•yl′ic** *adj.*

**car•bo•rane** (kär′bə-rān′) *n.* Any of a class of stable compounds containing carbon, hydrogen, and boron. [Blend of CARBON and BORANE.]

**Car•bo•run•dum** (kär′bə-rŭn′dəm) A trademark used for an abrasive of silicon carbide crystals.

**carboxy–** *pref.* Carboxyl: *carboxyhemoglobin.* [From CARBOXYL.]

**car•box•y•he•mo•glo•bin** (kär-bŏk′sē-hē′mə-glō′bĭn) *n.* The compound that is formed when inhaled carbon monoxide combines with hemoglobin, binding more tightly than oxygen and rendering the hemoglobin incapable of transporting oxygen.

**car•box•yl** (kär-bŏk′səl) *n.* The univalent radical, COOH, the functional group characteristic of all organic acids. [CARB(O)– + OX(Y)– + –YL.] —**car′box•yl′ic** (-sĭl′ĭk) *adj.*

**car•box•yl•ase** (kär-bŏk′sə-lās′, -lāz′) *n.* An enzyme that catalyzes a carboxylation or decarboxylation reaction.

**car•box•yl•a•tion** (kär-bŏk′sə-lā′shən) *n.* The introduction of a carboxyl group into a compound or molecule.

**car•box•yl•ic acid** (kär-bŏk-sĭl′ĭk) *n.* An organic acid that contains one or more carboxyl groups.

**car•box•y•meth•yl•cel•lu•lose** (kär-bŏk′sē-mĕth′əl-sĕl′yə-lōs′) *n.* A derivative of cellulose whose sodium salt is used in the manufacture of processed foods as a stabilizing and emulsifying agent and in medicine as a laxative.

**car•box•y•pep•ti•dase** (kär-bŏk′sē-pĕp′tĭ-dās′, -dāz′) *n.* An enzyme that catalyzes the hydrolysis of the terminal amino acid of a polypeptide from the end that contains a free carboxyl group.

**car•boy** (kär′boi′) *n.* A large glass or plastic bottle, usually encased in a protective basket or crate and often used to hold corrosive liquids. [Persian *qarābah,* from Arabic *qarrāba,* big jug, from *qarraba,* to bring near, derived stem of *qaruba,* to be near. See **qrb** in Appendix II.]

**car•bun•cle** (kär′bŭng′kəl) *n.* **1.** A painful localized bacterial infection of the skin and subcutaneous tissue that usually has several openings through which pus is discharged. **2a.** A deep-red garnet, unfaceted and convex. **b.** *Obsolete* A red precious stone. [Middle English, from Old French, from Latin *carbunculus,* small glowing ember, carbuncle, diminutive of *carbō, carbōn-,* coal. See **ker-**[3] in Appendix I.] —**car′bun′cled** *adj.* —**car•bun′cu•lar** (-kyə-lər) *adj.*

**car•bu•ret** (kär′bə-rāt′, -rĕt′, -byə-) *tr.v.* **-ret•ed, -ret•ing, -rets** or **-ret•ted, -ret•ting, -rets** To combine or mix (a gas, for example) with volatile hydrocarbons, so as to increase available fuel energy. [From *carburet,* carbide, from French *carbure,* from Latin *carbō,* carbon. See CARBON.] —**car′bu•re′tion** *n.*

**car•bu•re•tor** (kär′bə-rā′tər, -byə-) *n.* A device used in internal-combustion engines to produce an explosive mixture of vaporized fuel and air. [From CARBURET.]



**carburetor**
cross section of a carburetor

**car•bu•rize** (kär′bə-rīz′, -byə-) *tr.v.* **-rized, -riz•ing, -riz•es** **1.** To treat, combine, or impregnate with carbon, as when casehardening steel. **2.** To carburet. [CARBUR(ET) + –IZE.] —**car′bu•ri•za′tion** (-bər-ĭ-zā′shən, -byər-) *n.*

**car•ca•jou** (kär′kə-jōō′, -zhōō′) *n.* See **wolverine.** [Canadian French, from Montagnais *kuàkuàtsheu.*]

**car•ca•net** (kär′kə-nĕt′, -nĭt) *n.* *Archaic* A jeweled necklace, collar, or headband. [From Old French *carcan,* collar, perhaps from Medieval Latin *carcannum,* perhaps of Germanic origin.]

**car•cass** (kär′kəs) *n.* **1.** The dead body of an animal, especially one slaughtered for food. **2.** The body of a human. **3.** Remains from which the substance or character is gone: *the carcass of a once glorious empire.* **4.** A framework or basic structure: *the carcass of a burned-out building.* [Middle English *carcas,* from Anglo-Norman *carcais* and Medieval Latin *carcasium.*]

**Car•cas•sonne** (kär′kə-sôn′, -sŏn′, -kä-) A city of southern France southeast of Toulouse. Its medieval stronghold is a major tourist attraction. Population: 41,153.

**Car•che•mish** (kär′kə-mĭsh′, kär-kē′mĭsh) An ancient Hittite and Assyrian city on the Euphrates River in present-day southern Turkey. Nebuchadnezzar II defeated the Egyptians here in 605 B.C.

**carcino–** *pref.* Cancer; cancerous: *carcinogen.* [Greek *karkino-,* from *karkinos,* crab, cancer. See **kar-** in Appendix I.]

**car•ci•no•em•bry•on•ic antigen** (kär′sə-nō-ĕm′brē-ŏn′ĭk) *n. Abbr.* **CEA** A glycoprotein present in fetal gastrointestinal tissue and in the cells or serum of adults having certain types of cancers. It is used clinically to monitor the effectiveness of a treatment, as for colorectal cancer.

**car•cin•o•gen** (kär-sĭn′ə-jən, kär′sə-nə-jĕn′) *n.* A cancer-causing substance or agent. —**car′cin•o•gen′e•sis** (kär′sə-nə-jĕn′ĭ-sĭs) *n.* —**car′cin•o•gen′ic** (-jĕn′ĭk) *adj.* —**car′ci•no•ge•nic′i•ty** (-jə-nĭs′ĭ-tē) *n.*



**card**[2]
carding wool

280

**car•ci•no•ma** (kär′sə-nō′mə) *n., pl.* **-mas** or **-ma•ta** (-mə-tə) An invasive malignant tumor derived from epithelial tissue that tends to metastasize to other areas of the body. [Latin, cancerous ulcer, from Greek *karkinōma,* from *karkinos,* cancer. See **kar-** in Appendix I.] —**car′ci•no′ma•toid** (-nō′mə-toid′) *adj.* —**car′ci•nom′a•tous** (-nŏm′ə-təs, -nō′mə-) *adj.*

**car•ci•no•ma•to•sis** (kär′sə-nō′mə-tō′sĭs) *n.* A pathological condition characterized by the presence of carcinomas that have metastasized to many parts of the body. [Greek *karkinōma, karkinōmat-,* cancerous ulcer; see CARCINOMA + –OSIS.]

**car coat** *n.* An overcoat with a length extending to about the middle of the thighs.

**card**[1] (kärd) *n.* **1.** A flat, usually rectangular piece of stiff paper, cardboard, or plastic, especially: **a.** One of a set or pack bearing significant numbers, symbols, or figures, used in games and in divination. **b.** A greeting card. **c.** A post card. **d.** One bearing a person's name and other information, used for purposes of identification or classification. **e.** One bearing the image and often the statistics of a sports figure. **f.** A business card. **g.** A credit card. **h.** A magnetic card. **i.** One used for recording information in a file: *an index card; a recipe card.* **2. cards** (*used with a sing. or pl. verb*) *Games* **a.** A game played with cards. **b.** The playing of games with cards. **3.** A program, especially for a sports event. **4a.** A menu, as in a restaurant. **b.** A wine list. **5.** *Computer Science* **a.** A circuit board, especially for use in a computer. **b.** A punch card. **6.** A compass card. **7.** *Informal* An eccentrically amusing person. **8a.** Something, such as an advantageous circumstance or tactical maneuver, that can be used to help gain an objective. Often used with *play:* "*He believed that Soviet Russia . . . had far more Iranian cards to play than the United States*" (Theodore Draper). **b.** An appeal to a specified issue or argument, usually one involving strong emotions. Often used with *play:* "*His exposure as a racist . . . allowed the defense to play the race card*" (New York Times). ❖ *tr.v.* **card•ed, card•ing, cards** **1.** To furnish with or attach to a card. **2.** To list (something) on a card; catalog. **3.** To check the identification of, especially in order to verify legal age. **4.** *Sports* To warn or eject (a soccer player who has committed a flagrant foul) by showing a yellow card or a red card. —*phrasal verbs:* **card in** To sign in, as at a place of business, by use of a magnetic card. **card out** To sign out, as from a place of business, by use of a magnetic card. —*idioms:* **card up (one's) sleeve** A secret resource or plan held in reserve: *a tough negotiator who had a number of cards up his sleeve.* **in the cards** Likely or certain to happen: *My promotion to a higher position just isn't in the cards.* **put (or lay) (one's) cards on the table** To make frank and clear revelation, as of one's motives or intentions. [Middle English *carde,* from Old French *carte,* from Latin *charta,* paper made from papyrus, from Greek *khartēs.*]

**card**[2] (kärd) *n.* **1.** A wire-toothed brush or a machine fitted with rows of wire teeth, used to disentangle fibers, as of wool, prior to spinning. **2.** A device used to raise the nap on a fabric. ❖ *tr.v.* **card•ed, card•ing, cards** To comb out or brush with a card. [Middle English *carde,* from Medieval Latin *cardus,* from Latin *carduus,* thistle.] —**card′er** *n.*

**Card.** *abbr.* Roman Catholic Church cardinal

**car•da•mom** (kär′də-məm) or **car•da•mon** (-mən) *n.* **1a.** A rhizomatous Indian herb (*Elettaria cardamomum*) having capsular fruits with aromatic seeds used as a spice or condiment. **b.** The seed of this plant. **2.** Any of several plants of the related genus *Amomum,* used as a substitute for cardamom. [Middle English *cardamome,* from Old French *cardemome,* from Latin *cardamōmum,* from Greek *kardamōmon: kardamon,* cress + *amōmon,* an Indian spice.]

**card•board** (kärd′bôrd′, -bōrd′) *n.* A material similar to thick, stiff paper, that is made of pressed paper pulp or pasted sheets of paper. It is used for making cartons and signs, for example. ❖ *adj.* **1.** Made of or consisting of cardboard. **2a.** Flimsy; insubstantial. **b.** Lacking depth; superficial: *a movie with only cardboard caricatures of its historical subjects.*

**card-car•ry•ing** (kärd′kăr′ē-ĭng) *adj.* **1.** Being an enrolled member of a particular organization: *a card-carrying Communist.* **2.** Avidly devoted to a group or cause: *card-carrying fitness enthusiasts.* [From the assumption that such a person carries a membership card.]

**card catalog** *n.* An alphabetical listing, especially of books in a library, made with a separate card for each item.

**Cár•de•nas** (kär′dn-äs′, -dĕ-näs′) A city of northern Cuba on the Bay of Cárdenas, an inlet of the Straits of Florida. Cárdenas is a processing and shipping center. Population: 59,532.

**Cárdenas, Lázaro** 1895–1970. Mexican soldier and politician who as president (1934–1940) distributed land to peasants, instituted social reforms, and expropriated foreign-held properties.

**card•hold•er** (kärd′hōl′dər) *n.* One who holds a card, especially a credit card. —**card′hold′ing** *adj.*

**cardi–** *pref.* Variant of **cardio–.**

**car•di•a** (kär′dē-ə) *n., pl.* **-di•ae** (-dē-ē′) or **-di•as** **1.** The opening of the esophagus into the stomach. **2.** The upper portion of the stomach that adjoins this opening. [Greek *kardiā,* heart, cardiac orifice of the stomach. See **kerd-** in Appendix I.]

**car•di•ac** (kär′dē-ăk′) *adj.* **1.** Of, near, or relating to the heart: *cardiac arteries.* **2.** Of or relating to the cardia. ❖ *n.* A person with a heart disorder. [Middle English, from Latin *cardiacus,* from Greek *kardiakos,* from *kardiā,* heart. See **kerd-** in Appendix I.]

**cardiac arrest** *n.* Sudden cessation of heartbeat and cardiac function, resulting in the loss of effective circulation.

**cardiac glycoside** *n.* Any of several glycosides obtained chiefly from plant sources such as the foxglove, used medicinally to increase the