# EXHIBIT  F

*The*

# American
# Heritage® Dictionary
## *of the English Language*

FOURTH EDITION

Words are included in this Dictionary on the basis of their usage.
Words that are known to have current trademark registrations are
shown with an initial capital and are also identified as trademarks. No
investigation has been made of common-law trademark rights in any
word, because such investigation is impracticable. The inclusion of any
word in this Dictionary is not, however, an expression of the
Publisher's opinion as to whether or not it is subject to proprietary
rights. Indeed, no definition in this Dictionary is to be regarded as
affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of
Forbes Inc. Their use is pursuant to a license agreement with
Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or
by any means, electronic or mechanical, including photocopying and
recording, or by any information storage or retrieval system without
the prior written permission of Houghton Mifflin Company unless
such copying is expressly permitted by federal copyright law. Address
inquiries to Reference Permissions, Houghton Mifflin Company,
222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.–4th ed.
    p.   cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                          00-025369

Manufactured in the United States of America

Case 7:07-cv-08020-SCR    Document 21-7    Filed 04/28/2008    Page 4 of 4

pounds containing a ring composed of one sulfur atom, one nitrogen atom, and four carbon atoms, used in making dyes.

**thi•a•zole** (thī′ə-zōl′) *n.* **1.** A colorless or pale yellow liquid, $C_3H_3NS$, containing a five-member ring composed of a nitrogen atom, a sulfur atom, and three carbon atoms, used in making dyes and fungicides. **2.** Any of various derivatives of this compound.

**thick** (thĭk) *adj.* **thick•er, thick•est 1a.** Relatively great in extent from one surface to the opposite, usually in the smallest solid dimension; not thin: *a thick board.* **b.** Measuring a specified number of units in this dimension: *two inches thick.* **2.** Heavy in form, build, or stature; thickset: *a thick neck.* **3.** Having component parts in a close, crowded state or arrangement; dense: *a thick forest.* **4.** Having or suggesting a heavy or viscous consistency: *thick tomato sauce.* **5.** Having a great number; abounding: *a room thick with flies.* **6.** Impenetrable by the eyes: *a thick fog.* **7a.** Not easy to hear or understand; indistinctly articulated: *the thick speech of a drunkard.* **b.** Producing indistinctly articulated sounds: *the thick tongues of barbarians.* **8.** Strongly apparent; conspicuous: *a thick brogue.* **9.** *Informal* Lacking mental agility; stupid. **10.** *Informal* Very friendly; intimate: *thick friends.* **11.** *Informal* Going beyond what is tolerable; excessive. ❖ *adv.* **1.** In a thick manner; deeply or heavily: *Seashells lay thick on the beach.* **2.** In a close, compact state or arrangement; densely: *Dozens of braids hung thick from the back of her head.* **3.** So as to be thick; thickly: *Slice the bread thick for the best French toast.* ❖ *n.* **1.** The thickest part. **2.** The most active or intense part: *in the thick of the fighting.* **—idiom: thick and thin** Good and bad times: *They remained friends through thick and thin.* [Middle English *thicke,* from Old English *thicce.* See **tegu-** in Appendix I.] **—thick′ish** *adj.* **—thick′ly** *adv.*

**thick•en** (thĭk′ən) *tr. & intr.v.* **-ened, -en•ing, -ens 1.** To make or become thick or thicker: *Thicken the sauce with cornstarch. The crowd thickened near the doorway.* **2.** To make or become more intense, intricate, or complex: *The leader's departure thickens the problems. Our apprehension thickened.* **—thick′en•er** *n.*

**thick•en•ing** (thĭk′ə-nĭng) *n.* **1.** The act or process of making or becoming thick. **2.** Material used to thicken: *stir in a thickening of flour and water.* **3.** A thickened part.

**thick•et** (thĭk′ĭt) *n.* **1.** A dense growth of shrubs or underbrush; a copse. **2.** Something suggestive of a dense growth of plants, as in impenetrability or thickness: *"the thicket of unreality which stands between us and the facts of life"* (Daniel J. Boorstin). [Old English *thiccet,* from *thicce,* thick. See THICK.]

**thick•head** (thĭk′hĕd′) *n.* A stupid person; a blockhead. **—thick′head′ed** *adj.*

**thick-knee** (thĭk′nē′) *n.* Any of various widely distributed, chiefly nocturnal, curlewlike shore birds of the family Burhinidae, having large heads, large yellow eyes, and knobby leg joints.

✦**thick milk** *n. Pennsylvania* See **clabber.** [Translation of German *Dickmilch.*]

**thick•ness** (thĭk′nĭs) *n.* **1.** The quality or condition of being thick. **2.** The dimension between two surfaces of an object, usually the dimension of smallest measure. **3.** A layer, sheet, stratum, or ply: *Each floor is a single thickness of concrete.*

**thick•set** (thĭk′sĕt′) *adj.* **1.** Having a solid, stocky form or body; stout. **2.** Positioned or placed closely together.

**thick-skinned** (thĭk′skĭnd′) *adj.* **1.** Having a thick skin or rind. **2.** Not easily offended. **3.** Largely unaffected by the needs and feelings of other people; insensitive.

**thick-wit•ted** (thĭk′wĭt′ĭd) *adj.* Stupid; dull.

**thief** (thēf) *n., pl.* **thieves** (thēvz) One who steals, especially by stealth. [Middle English, from Old English *thēof.*]

**Thiers** (tē-ĕr′), **Louis Adolphe** 1797–1877. French politician and historian who was the first president (1871–1873) of the republic formed after the fall of Napoleon III.

**thieve** (thēv) *tr. & intr.v.* **thieved, thiev•ing, thieves** To take (something) by theft or commit theft. [Perhaps from Old English *thēofian,* from *thēof,* thief.]

**thiev•er•y** (thē′və-rē) *n., pl.* **-ies** The act or practice of thieving.

**thiev•ish** (thē′vĭsh) *adj.* **1.** Given to thieving. **2.** Of, similar to, or characteristic of a thief; furtive.

**thigh** (thī) *n.* **1a.** The portion of the human leg between the hip and the knee. **b.** The corresponding part of the hind leg of a quadruped or other vertebrate animal. **2.** The second segment of a bird's leg, containing the tibia and fibula. **3.** The femur of an insect's leg. [Middle English, from Old English *thēoh.* See **teuə-** in Appendix I.]

**thigh•bone** (thī′bōn′) *n.* See **femur** (sense 1).

**thigh-high** (thī′hī′) *adj.* Reaching up to the thighs: *thigh-high waves.* ✦ *n.* (thī′hī′) A sock or stocking that extends to cover part of the thigh.

**thig•mo•tax•is** (thĭg′mə-tăk′sĭs) *n.* See **stereotaxis** (sense 2). [Greek *thigma,* touch (from *thinganein,* to touch; see **dheigh-** in Appendix I) + -TAXIS.] **—thig′mo•tac′tic** (-tăk′tĭk) *adj.* **—thig′mo•tac′ti•cal•ly** *adv.*

**thig•mot•ro•pism** (thĭg-mŏt′rə-pĭz′əm) *n.* The turning or bending response of an organism upon direct contact with a solid surface or object. Also called *stereotropism.* [Greek *thigma,* touch; see THIGMOTAXIS + -TROPISM.] **—thig′mo•trop′ic** (thĭg′mə-trŏp′ĭk, -trō′pĭk) *adj.*

**thill** (thĭl) *n.* Either of the two long shafts between which an animal is fastened when pulling a wagon. [Middle English *thille,* perhaps from Old English, plank.]

**thim•ble** (thĭm′bəl) *n.* **1.** A hard pitted cup worn for protection on

*thy̆mel,* leather finger covering, from *thūma,* thumb. See **teuə-** in Appendix I.]

**thim•ble•ber•ry** (thĭm′bəl-bĕr′ē) *n.* **1.** Any of several North American raspberries, especially *Rubus parviflorus, R. occidentalis,* or *R. odoratus* of the rose family, having thimble-shaped aggregate fruit. **2.** The fruit of any of these plants.

**thim•ble•ful** (thĭm′bəl-fŏol′) *n.* **1.** A very small quantity. **2.** The amount that a thimble can hold.

**thim•ble•rig** (thĭm′bəl-rĭg′) *n.* **1.** See **shell game** (sense 1). **2.** One who operates a thimblerig. ❖ *tr.v.* **-rigged, -rig•ging, -rigs** To swindle with or as if with a thimblerig. **—thim′ble•rig′ger** *n.*

**thim•ble•weed** (thĭm′bəl-wēd′) *n.* Any of several North American plants of the genus *Anemone,* having cylindrical, thimblelike fruit clusters.

**Thim•bu** (thĭm′bōō′, tĭm′-) See **Thimphu.**

**thi•mer•o•sal** (thī-mĕr′ə-săl′) *n.* A cream-colored crystalline powder, $C_9H_9HgNaO_2S$, used as a local antiseptic for abrasions and minor cuts. [THI(O)– + MER(CURY) + –O–.+ SAL(ICYLATE).]

**Thim•phu** (thĭm′pōō′, tĭm′-) also **Thim•bu** (-bōō′) The capital of Bhutan, in the western part of the country in the eastern Himalaya Mountains. Population: 30,340.

**thin** (thĭn) *adj.* **thin•ner, thin•nest 1a.** Relatively small in extent from one surface to the opposite, usually in the smallest solid dimension: *a thin book.* **b.** Not great in diameter or cross section; fine: *thin wire.* **2.** Lean or slender in form, build, or stature. **3a.** Not dense or concentrated; sparse: *the thin vegetation of the plateau.* **b.** More rarefied than normal: *thin air.* **4a.** Flowing with relative ease; not viscous: *a thin oil.* **b.** Watery: *thin soup.* **5.** Sparsely supplied or provided; scanty: *a thin menu; thin trading.* **6.** Lacking force or substance; flimsy: *a thin attempt.* **7.** Lacking resonance or fullness; tinny: *The piano had a thin sound.* **8.** Lacking radiance or intensity: *thin light.* **9.** Not having enough photographic density or contrast to make satisfactory prints. Used of a negative. ❖ *adv.* **1.** In a thin manner: *Spread the varnish thin if you don't want it to wrinkle.* **2.** So as to be thin: *Cut the cheese thin.* ❖ *tr. & intr.v.* **thinned, thin•ning, thins** To make or become thin or thinner. [Middle English, from Old English *thynne.* See **ten-** in Appendix I.] **—thin′ly** *adv.* **—thin′ness** *n.* **—thin′nish** *adj.*

**thine** (thīn) *pron.* (used with a sing. or pl. verb) Used to indicate the one or ones belonging to thee. ❖ *adj.* A possessive form of **thou**[1]. Used instead of *thy* before an initial vowel or *h:* *"The presidential candidates are practicing the first rule of warfare: know thine enemy"* (Eleanor Clift). [Middle English *thin.* See THY.]

**thing** (thĭng) *n.* **1.** An entity, an idea, or a quality perceived, known, or thought to have its own existence. **2a.** The real or concrete substance of an entity. **b.** An entity existing in space and time. **c.** An inanimate object. **3.** Something referred to by a word, a symbol, a sign, or an idea; a referent. **4.** A creature: *the poor little thing.* **5.** An individual object: *There wasn't a thing in sight.* **6a.** *Law* That which can be possessed or owned. Often used in the plural: *things personal; things real.* **b. things** Possessions; belongings: *packed her things and left.* **c.** An article of clothing: *Put on your things and let's go.* **7. things** The equipment needed for an activity or a special purpose: *Where are my cleaning things?* **8.** An object or entity that is not or cannot be named specifically: *What is this thing for?* **9a.** An act, deed, or work: *promised to do great things.* **b.** The result of work or activity: *is always building things.* **10.** A thought, a notion, or an utterance: *What a rotten thing to say!* **11.** A piece of information: *wouldn't tell me a thing about the project.* **12.** A means to an end: *just the thing to increase sales.* **13.** An end or objective: *In blackjack, the thing is to get nearest to 21 without going over.* **14.** A matter of concern: *many things on my mind.* **15.** A turn of events; a circumstance: *The accident was a terrible thing.* **16a. things** The general state of affairs; conditions: *"Beneath the smooth surface of things, something was wrong"* (Tom Wicker). **b.** A particular state of affairs; a situation: *Let's deal with this thing promptly.* **17.** *Informal* A persistent illogical feeling, as a desire or an aversion; an obsession: *has a thing about seafood.* **18.** *Informal* The latest fad or fashion; the rage: *Drag racing was the thing then.* **19.** *Slang* An activity uniquely suitable and satisfying to one: *Let him do his own thing.* See synonyms at **forte**[1]. **—idioms: first thing** *Informal* Right away; before anything else: *Do your assignments first thing in the morning.* **see (or hear) things** To have hallucinations. [Middle English, from Old English.]

**thing•a•ma•bob** or **thing•u•ma•bob** (thĭng′ə-mə-bŏb′) also **thing•um•bob** (thĭng′əm-bŏb′) *n. Informal* A thingamajig. [Alteration of *thingumbob* : obsolete *thingum* (from THING + BOB².]

**thing•a•ma•jig** also **thing•um•a•jig** (thĭng′ə-mə-jĭg′) *n. Informal* Something difficult to classify or whose name has been forgotten or is not known. [Alteration of obsolete *thingum* (from THING + JIG¹.]

**thing-in-it•self** (thĭng′ĭn-ĭt-sĕlf′) *n., pl.* **things-in-them•selves** (thĭngz′ĭn-thĕm-sĕlvz′) *Philosophy* See **noumenon.** [Translation of German *Ding an sich.*]

**think** (thĭngk) *v.* **thought** (thôt), **think•ing, thinks** —*tr.* **1.** To have or formulate in the mind. **2a.** To reason about or reflect on; ponder: *Think how complex language is. Think the matter through.* **b.** To decide by reasoning, reflection, or pondering: *thinking what to do.* **3.** To judge or regard; look upon: *I think it only fair.* **4.** To believe; suppose: *always thought he was right.* **5a.** To expect; hope: *They thought she'd arrive early.* **b.** To intend: *They thought they'd take their time.* **6.** To call to mind; remember: *I can't think what her name was.* **7.** To visualize;



**thimble**

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ✦ regionalism |

**Stress marks:** ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)