# EXHIBIT 2

# **EXHIBIT 2**

## **TELEBRANDS' PROPOSED CONSTRUCTIONS**

| U.S. Patent No. 6,565,232 Claim Language | Telebrands' Proposed Constructions |
|---|---|
| *Note: The agreed upon claim terms for construction are identified in bold and underlined* | |
| 1. Apparatus comprising: a **commercial card-sized chassis** having an opening; a magnifying lens disposed at the opening; a switch **carried by** the **chassis**; and a light **carried by** the **chassis** that is capable of being actuated to generate light in response to actuation of the switch, in which the light is disposed for projecting light directly away from the magnifying lens for illuminating objects confronting the magnifying lens. | **commercial card-sized:** means capable of being carried in a wallet sleeve specifically sized to hold credit cards and the like.<br><br>**chassis:** means a frame for supporting or incorporating convenience features, including visual aid and illumination.<br><br>**carried by:** means supported by or attached to. |
| 2. Apparatus of claim 1, wherein the **chassis** includes opposing major faces and the light is disposed so that it is capable of directing light away from one of the opposing major faces. | **chassis:** See claim 1 |
| 14. Apparatus comprising: a **commercial card-sized chassis** having opposing major faces; a switch **carried by** the **chassis**; a light **carried by** the **chassis** that is capable of being actuated to generate light in response to actuation of the switch; and | **commercial card-sized:** See claim 1<br><br>**chassis:** See claim 1<br><br>**carried by:** See claim 1 |

| | |
|---|---|
| the light disposed at one of the opposing major faces for projecting light directly away from and illuminating objects confronting the one of the opposing major faces. | |
| 15. Apparatus of claim 14, further including: an opening through the **chassis**; and a magnifying lens disposed at the opening. | **chassis:** See claim 1 |