**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CARSON OPTICAL, INC., | Civ Action No.07-cv-8020 (SCR) |
| Plaintiff, | ECF Case |
| v. | |
| TELEBRANDS CORPORATION, and WALLET LIGHT USA, LLC | |
| Defendants. | |

## DECLARATION OF GREGORY J. CARBO

I, Gregory J. Carbo, declare as follows:

1.      I am an attorney in the law firm of Cooper & Dunham LLP, attorneys for the defendants in this action, Telebrands Corp. and Wallet Light USA, LLC.  I am a member in good standing of the bar of the States of New York and of this Court.  I make this declaration in support of Defendants' Telebrands Corp. And Wallet Light USA, LLC Responsive Claim Construction Brief.

2.      Attached as Exhibit A is a true and correct copy of a picture of Carson's magnifier product alongside a credit card.

3.      Attached as Exhibit B is a true and correct copy of a picture of Carson's magnifier product alongside a credit card.

4.      Attached as Exhibit C is a true and correct copy of Carson's advertisement for a package of "3 Credit Card Size Magnifiers with Super Bright LED Light."

5.      Attached as Exhibit D is a true and correct copy of Carson's advertisement for its MC-99 and MC-99C Magnifier products.

6.     Attached as Exhibit E is a true and correct copy of a picture of Carson's magnifier product inside the sleeve of a wallet.

7.     Attached as Exhibit F is a true and correct copy of a web pages downloaded from http://nbexporter.manufacturer.globalsources.com/si/6008810618481/pdtl/ Magnifier/1004333467/ on May 13, 2008, showing an advertisement from Best Stationery & Promotion Col., Ltd for a "Credit Card Size Magnifier with Light."

8.     Attached as Exhibit G is a true and correct copy of a web pages downloaded from  http://physlink.com/estore/cart/LightedCardMagnifier.cfm?SID=126  on  May  13, 2008, showing an advertisement from Science eStore for a "lighted Card Magnifier."

9.     Attached as Exhibit H is a true and correct copy of an advertisement from Pronto Innovations for a "Card Magnifier."

10.     Attached as Exhibit I is a true and correct copy of a web pages downloaded from http://www.magnifying-card.com on May 13, 2008, showing an advertisement for a magnifying card called "Spare Spectacles."


Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.


Dated:  May 19, 2008                           /s/ Gregory J. Carbo
                                               Gregory J. Carbo

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of May, 2008, I electronically filed the foregoing DECLARATION OF GREGORY J. CARBO In Support Of Defendants' Telebrands Corp. And Wallet Light USA, LLC Responsive Claim Construction Brief with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> John R. Horvack, Jr.
> Fatima Lahnin
> CARMODY & TORRANCE
> 50 Leavenworth Street
> Waterbury, Connecticut 06702

> <u>/s/ William E. Pelton</u>
> William E. Pelton