# EXHIBIT D

Case 7:07-cv-08020-SCR    Document 25-5    Filed 05/19/2008    Page 2 of 2

10



**NEW!**
**Wallet Magnifier Twin Pack**
WM-01

**FITS IN YOUR WALLET!**

**MagniCard™**
MC-99


LED LIGHTED

ASI 44120

**CARSON**
Precision design

**NEW!**
**MagniCard™**
MC-99C


LED LIGHTED

**MagniSlide™**
MC-22

| Model | Description |
|---|---|
| DM-11 | 3x Full-Size (10.75" x 8.25" x flat) Flexible Page Magnifier |
| DM-21 | 3x Full-Size (10.75" x 8.25" x flat) Rigid Page Magnifier |
| MC-10 | 2.5x Bar Magnifier with Built-in Magnets |
| MC-22 | 3x Credit Card Size Magnifier with Case |
| MC-99 | 2x LIGHTED Credit Card-Sized Magnifier with Batteries |
| MC-99C | Customizable 2x LIGHTED Credit Card-Sized Magnifier with Batteries |
| MM-22 | 3x Compact Bookmark Magnifier with 6" Ruler |
| MR-20 | 2.5x Magnifier/ 12" Ruler |
| MR-25 | 2.5x Bar Magnifier |
| WM-01 | Twin pack - 2x Power" Credit Card Size" Magnifiers with 5x Spot Lens |