# EXHIBIT F



Global Sources Home | Inquiry Basket | Product Search

Home
Company Profile
▶ Products
Certifications
Code of Conduct
Management
OEM
Services & Support
Trade Shows
Trading Services
Visit Us

 E-mail page
 Print
Bookmark

# Best Stationery&Promotion Co.,Ltd

 Verified Supplier    Additional Verification Options

## Magnifier

**Product Details**



Larger photo

**Country of Origin:**
- China (mainland)

**Brand Name:**
- Best

**Primary Competitive Advantages:**
- Country of Origin
- Experienced Technical Staff
- Form A
- Product Features
- Product Performance
- Prompt Delivery
- Quality Approvals
- Service

**Main Export Markets:**
- Eastern Europe
- North America
- Mid East/Africa
- Central/South America
- Asia
- Western Europe
- Australasia

**Promotional Light Magnifier, Credit Card Size Magnifier with Light**
Model Number: BTA104

INQUIRE NOW    ADD TO BASKET

Request Sample    View basket

Chat with supplier using: 

**Key Specifications/Special Features:**

- Material: PVC
- Small flat size, easy to carry and store
- Fits perfectly in any wallet
- Perfect for reading small print, newspapers, telephone directories, maps, and charts
- Ideal and popular products to act as giveaway items for promotional purpose
- Packing: 200 pieces/inner box; 1,200 pieces/carton
- Carton size: 50 x 45.5 x 16cm
- Gross/net weight: 16.2/13.8kg

**Payment Details:**

Payment Terms:
- T/T or L/C at sight

Minimum Order:
- 10,000 to 19,999 Pieces

**Delivery Details:**

FOB Port:
- Ningbo

Lead Time:
- 10 - 15 days