# EXHIBIT G



## Search Products

[ Find > ]

**Shop by Category**
Astronomy, Space
Batteries, Power Supplies
Biology
Books
Chemistry
Clocks, Watches
Crystal Growing
da Vinci Gear
Dinosaurs
Einstein Stuff
Electronics
Fun, Toys & Gifts
Games & Puzzles
Geology & Fossils
Glow-in-the-Dark
Laser Pointers
Light & Optics
Magnets
Microscopes
Physics
Posters, Postcards
Robots
Science Kits
Software & Videos
Solar Stuff
Study Charts
Telescopes
Videos (DVD)
Weather Instruments

**Shop by Price:**
under $5
$5 to $10
$10 to $20
$20 to $50
$50 and up

**Shop by Age:**
5 years old
6 - 7 years old
8 - 9 years old
10 - 11 years old
12 and older

**Store Info:**
Catalog Request
Help / FAQ
Contact Us
Terms Of Use

Cart items: 0 Total: $0.00   VIEW CART

# Lighted Card Magnifier

» Science eStore Home  » Light & Optics  » Lighted Card Magnifier



click here for larger image

### SHIPPING COST

To see all shipping options and costs, just add this item to your cart. It's easy and fast! We ship to over 70 countries worldwide! Most orders are shipped same day if received by 1:00PM PST.

**Buy it here**

This item makes a great gift!

Price: $7.99 Sale Price: **$4.95** each
Item No: **11778**
In Stock: **19** units in stock ✓
Ships same business day.
Quantity: 1

[ Add to Cart ]

The Illuminating Card Magnifier is the ideal tool to keep handy for any hard to read item such as: reading fine print, maps, menus, coin dates, splinters, etc., especially in the dark! This credit card sized magnifier has a built in light which illuminates toward the object you are magnifying. Keep it in your wallet or purse and always have the extra reading power at your fingertips! The Illuminating Card Magnifier comes complete with a pre-installed battery and a vinyl storage case.

Recommended for ages **6** and older.

Weight: 0 lb 1 oz ( 0.03 kg )

## Related Products

| **Lighted Jumbo Magnifier** | **Mini Pocket Magnifiers** | **High-Quality Brass Magnifier** |
|---|---|---|
| Ideal for reading books and newspapers. Item No: PL1779 | Great mini magnifier for all your backyard explorations. Item No: PL1174 | This high quality glass lens is perfect for any activity requiring magnification. Item No: PL535 |
|  |  |  |
| $12.99 **$9.95** /each View/Buy | $2.99 **$1.25** /each View/Buy | $14.99 **$9.95** /each View/Buy |

## Special Promotion