# EXHIBIT H



**Compact** and **portable** - easily fits into any wallet or purse.

The built-in **L.E.D light** makes this magnifier ideal for reading menus and bills in dimly lit restaurants or maps and directions while travelling.

WARNING: DO NOT EXPOSE TO FIRE AS THE BATTERIES MAY EXPLODE.

**Compacte** et **portable** - se glisse facilement dans un portefeuille ou dans un sac.

La lumière **DEL** incorporée fait de cette loupe un objet idéal pour lire les menus et les factures dans les restaurants peu éclairés ou pour lire les cartes et directions lors de voyages.

ATTENTION : NE PAS EXPOSER AU FEU CAR LES PILES POURRAIENT EXPLOSER.

# 85-423

0 56986 85423 6

RETAIL $9.95

PRONTO INNOVATIONS TORONTO ON  M2H 3B8