# EXHIBIT I



Forget Your Glasses?
Trouble Reading The Fine Print?
Frustrated By Poor Lighting?

# Spare Spectacles
Emergency Eyesight In Your Wallet

Home | Reseller Program | Corporate Orders | Copyright & Privacy Notice | Contact | Forum | Survey | Ordering

   

Checks & Receipts    Newspaper Ads    Menus & Maps

   

Business Cards    Serial Numbers    Keyhole at Night

 

- Username -       Login    View Cart

## TECHNICALLY SUPERIOR
### The Most Advanced Credit Card Lighted Magnifier Made!



- Extra wide magnifying viewing pane
- Superior 4x, ultra-clear, fresnel lens magnification
- Longer lasting battery

- A subtle pale yellow color for discreet use.
- Easy-on light switch that is enlarged and simple to depress (Arthritis Approved!)
- Extremely lightweight for easy transport - Only ounces!
- Dura-bright Light Emitting Diode (LED) technology provides an intense beam of focused white light in front of the magnifying card. You will never need to replace a bulb on your lighted magnifier!
- FREE: Lens protecting plastic sleeve with every magnifier!





*"I just don't leave home without my spare specs card, it fits nicely inside my wallet!"*
- **Arthur Sousa, President of Bristol Eggs, Rhode Island**



*"The credit card magnifier is so small and lightweight that I didn't even realize I had it with me until I needed it."*
- **Katie Wolf, Elementary School Teacher, Massachusetts**

### Our List Of Satisfied Customers Keeps Growing!

"There were no street lights, no moonlight and it was extremely dark, it's a good thing I keep a spare specs with me at all times"

- Jennifer Brennan, Jan 16, 2007

"Without your credit card magnifier, I would not have been able to read my prescription after my glasses broke. Thank you Spare Spectacles!"

- Mairead Horgan, Jan 16, 2007

"I forgot my glasses and was embarrassed that I couldn't read the dinner menu. Thanks to my magnifying card I was saved."

- John Chapman, Jan 16, 2007

".....a card I would never leave home without. "

- Mike Brophy, Jan 16, 2007

Submit Testimonials | View All Testimonials | Tell to Friend

Home | Reseller Program | Corporate Orders | Copyright & Privacy Notice | Contact | Forum | Survey | Ordering

Links
Copyright © 2006. Spare Spectacles. All rights reserved
Magnifying Card - Lighted Magnifying Glass - Card Magnifier - Lighted Magnifying Lens Card .