UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON OPTICAL, INC., | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) 7:07-CV-08020 (SCR) |
| | ) |
| v. | ) |
| | ) |
| TELEBRANDS CORPORATION and | ) |
| WALLETLIGHT USA, LLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER

Plaintiff Carson Optical, Inc. and Defendants Telebrands Corporation and WalletLight USA, LLC, through their undersigned counsel, hereby respectfully request that the Court extend the period for discovery. The current deadline for the completion of discovery is August 31, 2008.

Currently pending before the Court are the claim construction issues in this case, which were addressed by the parties at the hearing on June 19, 2008. Because the Court's decision on the claim construction issues may significantly limit the issues to be resolved, the parties respectfully request an extension of the discovery period until sixty (60) days after a ruling on the claim construction issues.

Dated: July 2, 2008

| | |
|---|---|
| CARMODY & TORRANCE, LLP | COOPER & DUNHAM LLP |
| | |
| /s Fatima Lahnin | /s Robert T. Maldonado |
| John R. Horvack, Jr. (JH-8991) | Peter D. Murray (PM-6912) |
| Fatima Lahnin (FL-0701) | William E. Pelton (WP-1850) |
| 50 Leavenworth Street | Robert T. Maldonado (RM-7873) |
| Waterbury, Connecticut 06702 | 1185 Avenue of the Americas |
| Tel: (203) 573-1200 | New York, New York 10036 |
| Fax: (203) 575-2600 | Tel: (212) 278-0400 |
| | Fax: (212) 391-0525 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Carson Optical, Inc.* | *Telebrands Corporation and Walletlight USA, LLC* |

{N0793438}                                    1

IT IS SO ORDERED, this ____ day of July 2008.

                                                                                                                                        _____
                                                                                                                                            U.S.D.J.

## CERTIFICATE OF SERVICE

      I hereby certify that on July 2, 2008 a copy of the foregoing document **JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER** was filed electronically using the CM/ECF system. Notice of this filing will be sent to the following counsel of record for the interested parties by operation of the Court's electronic filing system and by first class mail as follows:

> Peter D. Murray
> William E. Pelton
> Robert T. Maldonado
> Tonia A. Sayour
> Cooper & Dunham LLP
> 1185 Avenue of the Americas
> New York, NY 10036
> pdmurray@cooperdunham.com
> wpelton@cooperdunham.com
> rmaldonado@cooperdunham.com
> tsayour@cooperdunham.com
>
> Attorneys for Defendants
> Telebrands Corporation and Wallet
> Light USA, LLC

                /s/ Fatima Lahnin
                Fatima Lahnin