UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARSON OPTICAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELEBRANDS CORPORATION and ) <br> WALLETLIGHT USA, LLC, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 7:07-CV-08020 (SCR) |

### JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER

Plaintiff Carson Optical, Inc. and Defendants Telebrands Corporation and WalletLight USA, LLC, through their undersigned counsel, hereby respectfully request that the Court extend the period for discovery. The current deadline for the completion of discovery is August 31, 2008.

Currently pending before the Court are the claim construction issues in this case, which were addressed by the parties at the hearing on June 19, 2008. Because the Court's decision on the claim construction issues may significantly limit the issues to be resolved, the parties respectfully request an extension of the discovery period until sixty (60) days after a ruling on the claim construction issues.

Dated: July 2, 2008

CARMODY & TORRANCE, LLP

_/s Fatima Lahnin_
John R. Horvack, Jr. (JH-8991)
Fatima Lahnin (FL-0701)
50 Leavenworth Street
Waterbury, Connecticut 06702
Tel: (203) 573-1200
Fax: (203) 575-2600

*Attorneys for Plaintiff*
*Carson Optical, Inc.*

COOPER & DUNHAM LLP

_/s Robert T. Maldonado_
Peter D. Murray (PM-6912)
William E. Pelton (WP-1850)
Robert T. Maldonado (RM-7873)
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 278-0400
Fax: (212) 391-0525

*Attorneys for Defendants*
*Telebrands Corporation and Walletlight USA, LLC*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

{N0793438}

1

IT IS SO ORDERED, this \_8th\_ day of ~~July~~ August 2008.

*[signature]*
U.S.D.J.